In the Matter of KEW GARDENS SANITARIUM, INC., et al., Respondents, v. ASSOCIATED HOSPITAL SERVICE OF NEW YORK, Respondent, and GEORGE K. WYMAN, as Commissioner of Social Welfare, Appellant.

No opinion. Christ, Acting P. J., Brennan, Hopkins, Benjamin and Munder, JJ., concur.